| | |
|---|---|
| 1 | THERESA M. CABREROS (State Bar No. 212740) |
| 2 | AT&T SERVICES, INC. LEGAL DEPARTMENT<br>525 Market Street, Suite 2021 |
| 3 | San Francisco, California 94105<br>Telephone: (415) 778-1491 |
| 4 | Facsimile: (415) 974-1990<br>Email: tcabreros@att.com |
| 5 | Attorney for Defendant |
| 6 | AT&T UMBRELLA BENEFIT PLAN NO. 1 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO.1<br><br>   Defendant. | Case No. C11-04603 DMR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING CASE MANAGEMENT CONFERENCE, FEDERAL RULE 26(F) REQUIREMENTS AND CASE MANAGEMENT STATEMENT**<br><br>Judge: Magistrate Judge Ryu<br><br>Amended Complaint filed: October 19, 2011 |

Stipulation to Continue CMC
Case # C11-04603 DMR                      1

This Stipulation is entered into by and among Plaintiff John Doe ("Plaintiff"), Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Defendant"), by and through their respective counsel.

WHEREAS the Complaint was filed on September 16, 2011 against AT&T Western Disability Benefits Program.

WHEREAS the case schedule was generated on the date the Complaint was filed.

WHEREAS counsel for the respective parties met and conferred regarding the proper defendant in this litigation.

WHEREAS Plaintiff filed his Amended Complaint on October 19, 2011, to name the proper defendant.

WHEREAS Defendant's response to the Amended Complaint is due on December 16, 2011.

WHEREAS the parties currently are scheduled to file a Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report, and file a Joint Case Management Statement on December 21, 2011.

WHEREAS Defendant needs additional time to gather, prepare and redact the Administrative Record to comply with the Order Granting Plaintiff's Motion to Proceed Under Fictitious Name.

WHEREAS lead trial counsel for Defendant is scheduled to be on vacation beginning December 15, 2011 through January 2, 2012.

WHEREAS Plaintiff's lead trial counsel is unable to attend a Case Management Conference on January 11, 2012 due to previously-scheduled work-related travel.

WHEREAS the parties have agreed to continue the deadline to file a Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report, and file a Joint Case Management Statement until January 11, 2012.

WHEREAS the parties have agreed to continue the Initial Case Management Conference until January 18, 2012.

WHEREAS the extension will not alter the date of any other event or deadline already fixed by the Court.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

1. The last day to file the Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report, and file the Case Management Statement is hereby continued from December 21, 2011 to January 11, 2012.

2. The Initial Case Management Conference currently scheduled for December 28, 2011 at 1:30 pm is hereby continued to January 18, 2012 at 1:30 p.m.

Respectfully Submitted,

Dated: December 7, 2011         AT&T Services Legal Department


/s/ Theresa M. Cabreros
Theresa M. Cabreros
Attorney for Defendant


Dated: December 7, 2011         Lewis, Feinberg, Lee, Renaker & Jackson, P.C.


/s/ Lindsay Nako
Lindsay Nako
Attorneys for Plaintiff

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: December 8, 2011         _____
                                Magistrate Judge Ryu

IT IS SO ORDERED
Judge Donna M. Ryu