UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-11-04603 DMR |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| AT&T WESTERN DISABILITY BENEFITS PROGRAM, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 22.] You are hereby notified that a hearing regarding the dispute is set for **March 15, 2012 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: February 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge