**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN DOE,                                    No. C-11-04603 DMR

12              Plaintiff(s),                      **ORDER REQUESTING
                                                   SUPPLEMENTAL DOCUMENT**
13         v.

14   AT&T WESTERN DISABILITY BENEFITS
     PROGRAM,
15
                Defendant(s).
16   _____/

17
           On February 27, 2012, Defendant filed on behalf of the parties a copy of the contract entitled
18
     "Agreement for Administration of Disability Claims Under SBC Disability Plans and
19
     Administration of SBC's Job Accommodation Process" between Sedgwick Claims Management
20
     Services, Inc., and SBC Communications, Inc.  [*See* Docket No. 25.]  The court hereby ORDERS
21
     the parties to meet and confer, and to file by March 5, 2012 at 9:01 a.m., a searchable pdf version of
22
     the contract as constituted at the time period relevant to the case.
23
           IT IS SO ORDERED.
24

25
     Dated:  February 29, 2012
26
                                                   _____
27
                                                   DONNA M. RYU
                                                   United States Magistrate Judge
28