UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-11-04603 DMR |
| Plaintiff(s), | **ORDER REQUESTING SUPPLEMENTAL DOCUMENT** |
| v. | |
| AT&T WESTERN DISABILITY BENEFITS PROGRAM, | |
| Defendant(s). | |

On February 27, 2012, Defendant filed on behalf of the parties a copy of the contract entitled "Agreement for Administration of Disability Claims Under SBC Disability Plans and Administration of SBC's Job Accommodation Process" between Sedgwick Claims Management Services, Inc., and SBC Communications, Inc. [*See* Docket No. 25.] The court hereby ORDERS the parties to meet and confer, and to file by March 5, 2012 at 9:01 a.m., a searchable pdf version of the contract as constituted at the time period relevant to the case.

IT IS SO ORDERED.

Dated: February 29, 2012

DONNA M. RYU
United States Magistrate Judge