UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-11-04603 DMR |
|     Plaintiff(s), | **ORDER RE DISCOVERY HEARING OF MARCH 15, 2012** |
|     v. | |
| AT&T WESTERN DISABILITY BENEFITS PROGRAM, | |
|     Defendant(s). _____/ | |

The parties are hereby notified that they shall come to the March 15, 2012 discovery hearing prepared to engage in meet and confer discussions immediately following the hearing.

IT IS SO ORDERED.

Dated: March 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge