UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AT&T WESTERN DISABILITY BENEFITS PROGRAM,<br><br>        Defendant(s).<br>_____/ | No. C-11-04603 DMR<br><br>**ORDER RE JOINT DISCOVERY LETTER OF FEBRUARY 10, 2012** |

The court hereby ORDERS that, no later than March 30, 2012, the parties submit a joint status update on any outstanding discovery issues raised in the joint discovery letter of February 10, 2012 [Docket No. 22].

IT IS SO ORDERED.

Dated: March 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge