UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-11-04603 DMR |
| Plaintiff(s), | **ORDER RE JOINT DISCOVERY LETTER OF FEBRUARY 10, 2012** |
| v. | |
| AT&T WESTERN DISABILITY BENEFITS PROGRAM, | |
| Defendant(s). | |

The court hereby ORDERS that, no later than March 30, 2012, the parties submit a joint status update on any outstanding discovery issues raised in the joint discovery letter of February 10, 2012 [Docket No. 22].

IT IS SO ORDERED.

Dated: March 21, 2012

DONNA M. RYU
United States Magistrate Judge