UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-11-04603 (DMR) |
| Plaintiff(s), | **ORDER RE DISCOVERY STATUS UPDATE OF MARCH 29, 2012** |
| v. | |
| AT&T WESTERN DISABILITY BENEFITS PROGRAM, | |
| Defendant(s). | |

On March 29, 2012, the parties in the above-captioned case filed a status report [Docket No. 32] concerning their unresolved discovery disputes [*see* Docket No. 22]. The court hereby ORDERS the parties to meet and confer, and file a joint discovery letter with the court by April 13, 2012.

IT IS SO ORDERED.

Dated: March 30, 2012

DONNA M. RYU
United States Magistrate Judge