United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,                                             No. C-11-04603 (DMR)

        Plaintiff(s),                       **ORDER RE DISCOVERY STATUS UPDATE OF MARCH 29, 2012**

    v.

AT&T WESTERN DISABILITY BENEFITS PROGRAM,

        Defendant(s).
_____/

On March 29, 2012, the parties in the above-captioned case filed a status report [Docket No. 32] concerning their unresolved discovery disputes [*see* Docket No. 22]. The court hereby ORDERS the parties to meet and confer, and file a joint discovery letter with the court by April 13, 2012.

IT IS SO ORDERED.

Dated: March 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge