UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AT&T WESTERN DISABILITY BENEFITS PROGRAM,<br><br>        Defendant(s).<br>_____/ | No. C-11-04603  (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 34.] You are hereby notified that a hearing regarding the dispute is set for May 10, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

      IT IS SO ORDERED.

Dated: April 23, 2012

                                                DONNA M. RYU<br>                                                United States Magistrate Judge