United States District Court

For the Northern District of California

1
2
3
4
5
6                                    UNITED STATES DISTRICT COURT
7                                    NORTHERN DISTRICT OF CALIFORNIA
8
9   JOHN DOE,                                        No. C-11-04603 DMR
10              Plaintiff(s),                         **ORDER VACATING CASE
                                                     MANAGEMENT CONFERENCE**
11        v.
12  AT&T WESTERN DISABILITY BENEFITS
    PROGRAM,
13
                Defendant(s).
14  _____/
15
16  TO ALL PARTIES AND COUNSEL OF RECORD:
17        The Case Management Conference previously scheduled for May 16, 2012 has been
    VACATED.
18
          IT IS SO ORDERED.
19
20
21  Dated:  May 10, 2012
22                                                   _____
                                                     DONNA M. RYU
23                                                   United States Magistrate Judge
24
25
26
27
28