1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9   JOHN DOE,                              No. C-11-04603 DMR
10           Plaintiff(s),                **ORDER VACATING CASE
                                          MANAGEMENT CONFERENCE**
11        v.
12   AT&T WESTERN DISABILITY BENEFITS
     PROGRAM,
13
              Defendant(s).
14   _____/
15
16   TO ALL PARTIES AND COUNSEL OF RECORD:
17        The Case Management Conference previously scheduled for May 16, 2012 has been
     VACATED.
18
          IT IS SO ORDERED.
19
20
21   Dated:  May 10, 2012
22                                        _____
                                          DONNA M. RYU
23                                        United States Magistrate Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California