1  THERESA M. CABREROS (State Bar No. 212740)
   AT&T SERVICES, INC. LEGAL DEPARTMENT
2  525 Market Street, Suite 2021
   San Francisco, California 94105
3  Telephone:  (415) 778-1491
   Facsimile:   (415) 974-1990
4  Email:  tcabreros@att.com

5  Attorney for Defendant
   AT&T UMBRELLA BENEFIT PLAN NO. 1
6

7

8                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 | JOHN DOE,                          | Case No.  C11-04603 DMR
13 |          Plaintiff,                | **STIPULATION AND ~~PROPOSED~~**
                                        | **ORDER TO STAY DISCOVERY AND**
14 |     vs.                            | **MODIFY DATES**
15 | AT&T UMBRELLA BENEFIT PLAN NO.1    | Judge:  Magistrate Judge Ryu
16 |          Defendant.                | Amended Complaint filed:  October 19, 2011

17

18

19

20

21

22

23

24

25

26

27

28

1    This Stipulation is entered into by and among Plaintiff John Doe ("Plaintiff"),

2    Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Defendant"), by and through their

3    respective counsel.

4        WHEREAS Plaintiff filed his First Amended Complaint on October 19, 2011.

5        WHEREAS Defendant filed its Answer to the First Amended Complaint on December

6    16, 2011.

7        WHEREAS the parties are currently in the process of informal good faith settlement

8    negotiations.

9        WHEREAS the parties are interested in limiting the accrual of fees and costs during

10   settlement negotiations to the extent possible, as the incurrence of additional fees and costs may

11   impede the resolution of this matter.

12       WHEREAS, should the parties fail to resolve this matter informally, they are scheduled

13   to attend a settlement conference with Magistrate Judge Jacqueline Scott Corley on June 5,

14   2012 at 10:30 a.m.

15       WHEREAS the parties have agreed to stay all discovery until the conclusion of the June

16   5, 2012 settlement conference.

17       WHEREAS the parties propose to modify the current case schedule as follows to

18   accommodate a brief stay of discovery:

| Currently Scheduled Dates | Proposed Modified Scheduled Dates |
|---|---|
| Fact Discovery Cutoff:  6/8/2012 | Fact Discovery Cutoff:  6/22/2012 |
| Motions for Summary Judgment:  6/21/2012 | Motions for Summary Judgment:  7/5/2012 |
| Hearing on Summary Judgment:  7/26/2012 | Hearing on Summary Judgment:  8/9/2012 |
| Pretrial Meet and Confer:  7/23/2010 | Pretrial Meet and Confer:  8/16/2012 |
| Joint Pre-Trial Stmt/Trial Briefs:  8/2/2102 | Joint Pre-Trial Stmt/Trial Briefs:  8/30/2012 |
| Pre-Trial Objections:  8/13/2012 | Pre-Trial Objections:  9/10/2012 |
| Pre-Trial Conference:  8/22/2012 | Pre-Trial Conference:  9/19/2012 |
| Trial:  10/1/2012 | Trial:  10/1/2012 (no change) |

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

2   counsel for Plaintiff and Defendant, as follows:

3      1.  All discovery is stayed until the conclusion of the June 5, 2012 settlement conference.

4      2.  Should the parties fail to resolve the dispute upon the conclusion of the settlement

5          conference, they shall be prepared to proceed with litigation as set forth above in the

6          proposed modified scheduled dates.

7

8                                                 Respectfully Submitted,

9

10  Dated:  May 24, 2012                          AT&T Services Legal Department

11

12                                                /s/ Theresa M. Cabreros_____
                                                  Theresa M. Cabreros
13                                                Attorney for Defendant

14

15  Dated:  May 24, 2012                          Lewis, Feinberg, Lee, Renaker & Jackson

16

17                                                /s/ Lindsay Nako_____
                                                  Lindsay Nako
18                                                Attorneys for Plaintiff

19

20      PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

21

22

23  Dated: May 25, 2012                           _____
                                                  Honorable Donna M. Ryu
24                                                Chief United States Magistrate Judge

25

26                                                Judge Donna M. Ryu

27

28

1

**FILER'S ATTESTATION**

2

3          Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests

4    that all parties have concurred in the filing of the Stipulation to Stay Discovery and Modify

5    Dates.

6

7    Dated:  May 24, 2012                        AT&T Services Legal Department

8

9                                               /s/ Theresa M. Cabreros_____
                                                Theresa M. Cabreros
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28