1  THERESA M. CABREROS (State Bar No. 212740)
   AT&T SERVICES, INC. LEGAL DEPARTMENT
2  525 Market Street, Suite 2021
   San Francisco, California 94105
3  Telephone: (415) 778-1491
   Facsimile: (415) 974-1990
4  Email: tcabreros@att.com

5  Attorney for Defendant
   AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JOHN DOE, | Case No. C11-04603 DMR |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO STAY DISCOVERY AND MODIFY DATES** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO.1 | Judge: Magistrate Judge Ryu |
| Defendant. | Amended Complaint filed: October 19, 2011 |

1      This Stipulation is entered into by and among Plaintiff John Doe ("Plaintiff"),
2 Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Defendant"), by and through their
3 respective counsel.
4      WHEREAS Plaintiff filed his First Amended Complaint on October 19, 2011.
5      WHEREAS Defendant filed its Answer to the First Amended Complaint on December
6 16, 2011.
7      WHEREAS the parties are currently in the process of informal good faith settlement
8 negotiations.
9      WHEREAS the parties are interested in limiting the accrual of fees and costs during
10 settlement negotiations to the extent possible, as the incurrence of additional fees and costs may
11 impede the resolution of this matter.
12      WHEREAS, should the parties fail to resolve this matter informally, they are scheduled
13 to attend a settlement conference with Magistrate Judge Jacqueline Scott Corley on June 5,
14 2012 at 10:30 a.m.
15      WHEREAS the parties have agreed to stay all discovery until the conclusion of the June
16 5, 2012 settlement conference.
17      WHEREAS the parties propose to modify the current case schedule as follows to
18 accommodate a brief stay of discovery:

| Currently Scheduled Dates | Proposed Modified Scheduled Dates |
|---|---|
| Fact Discovery Cutoff:  6/8/2012 | Fact Discovery Cutoff:  6/22/2012 |
| Motions for Summary Judgment:  6/21/2012 | Motions for Summary Judgment:  7/5/2012 |
| Hearing on Summary Judgment:  7/26/2012 | Hearing on Summary Judgment:  8/9/2012 |
| Pretrial Meet and Confer:  7/23/2010 | Pretrial Meet and Confer:  8/16/2012 |
| Joint Pre-Trial Stmt/Trial Briefs:  8/2/2102 | Joint Pre-Trial Stmt/Trial Briefs:  8/30/2012 |
| Pre-Trial Objections:  8/13/2012 | Pre-Trial Objections:  9/10/2012 |
| Pre-Trial Conference:  8/22/2012 | Pre-Trial Conference:  9/19/2012 |
| Trial:  10/1/2012 | Trial:  10/1/2012 (no change) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

1. All discovery is stayed until the conclusion of the June 5, 2012 settlement conference.
2. Should the parties fail to resolve the dispute upon the conclusion of the settlement conference, they shall be prepared to proceed with litigation as set forth above in the proposed modified scheduled dates.

Respectfully Submitted,

Dated: May 24, 2012            AT&T Services Legal Department

　　　　　　　　　　　　　　　 /s/ Theresa M. Cabreros_____
　　　　　　　　　　　　　　　 Theresa M. Cabreros
　　　　　　　　　　　　　　　 Attorney for Defendant

Dated: May 24, 2012            Lewis, Feinberg, Lee, Renaker & Jackson

　　　　　　　　　　　　　　　 /s/ Lindsay Nako_____
　　　　　　　　　　　　　　　 Lindsay Nako
　　　　　　　　　　　　　　　 Attorneys for Plaintiff

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: May 25, 2012
　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　 Honorable Donna M. Ryu
　　　　　　　　　　　　　　　 United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]

Stipulation to Stay Discovery and Modify Dates; Case # C11-04603 DMR            3

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of the Stipulation to Stay Discovery and Modify Dates.

Dated: May 24, 2012                              AT&T Services Legal Department


                                                 /s/ Theresa M. Cabreros
                                                 Theresa M. Cabreros